# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2728
LT Case No. 2014-CF-11097-A

_____

TERRENCE NICARR ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Ryan Edward McFarland, of Kent & McFarland Attorneys At
Law, Jacksonville, for Appellant.

No Appearance for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————